People ex rel. Oscar Nelson, v. Crawford State Savings Bank.

Daniel A. Uretz, Intervening Petitioner, Appellee, v. Charles H. Albers, Receiver of Crawford State Savings Bank, Appellant.

Gen. No. 41,516.

opinion filed March 11, 1941; rehearing denied June 24, 1941. Whitty & McGah, for appellant; William J. McGah and Francis L. Brinkman, of counsel; Harry A. Goldsmith, for appellee; Milton Perlman and Daniel A. Uretz, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."